JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

FRANCO L. BECIA, WSBA 26823
Special Assistant United States Attorney
Office of the General Counsel
Office of Program Litigation, Office 7
Social Security Administration
6401 SECURITY BLVD
BALTIMORE, MD 21235-6401
Telephone: (206) 615-2114
Fax: (206) 615-2531
franco.l.becia@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAUL E. ANAYA, | ) |
| | ) Case No.: 2:23-cv-01933-DJA |
| Plaintiff, | ) |
| | ) **UNOPPOSED MOTION FOR** |
| v. | ) **EXTENSION OF TIME TO FILE** |
| | ) **CERTIFIED ADMINISTRATIVE** |
| MARTIN O'MALLEY,[1] | ) **RECORD** |
| Commissioner of Social Security, | ) (***FIRST REQUEST***) |
| | ) |
| Defendant. | ) |
| | ) |

Defendant, Martin O'Malley, Commissioner of Social Security (the "Commissioner"), by and through his undersigned attorneys, hereby moves for a 36-day extension of time to file the Certified Administrative Record (CAR) to Plaintiff's Complaint. The CAR to Plaintiff's Complaint is due to be

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

filed by January 22, 2024.  This is Defendant's first request for an extension of time.  Defendant requests this extension because Defendant has been notified that the CAR is not yet available in this case and that additional time is needed to prepare it.  Defendant therefore cannot respond to Plaintiff's Complaint.  Once the CAR arrives, Defendant will need to review it for defects before submitting it.

For these reasons, Defendant requests an extension in which to respond to the Complaint until February 27, 2024.

On January 4, 2024, the undersigned conferred with Plaintiff's counsel, who has no opposition to the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR to Plaintiff's Complaint, through and including February 27, 2024.

Dated:  January 4, 2024                          Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ *Franco L. Becia*
FRANCO L. BECIA
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  1/5/2024

**CERTIFICATE OF SERVICE**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard, Baltimore, MD 21235. I am not a party to the above-entitled action. On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing to:

> Marc V. Kalagian
> Law Offices of Lawrence D. Rohlfing, Inc., CPC
> 12631 East Imperial Highway
> Suite C115
> Santa Fe Springs, CA 90670
> 562-273-3702
> Fax: 562-868-5491
> Email: marc.kalagian@rksslaw.com
> Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 4, 2024

>　　　　　　　　　　　/s/ *Franco L. Becia*
>　　　　　　　　　　　Franco L. Becia
>　　　　　　　　　　　Special Assistant United States Attorney